Decided February 23, 2011

## IN RE JESSICA M.

The petitioner's petition for certification for appeal from the Appellate Court, 125 Conn. App. 584 (AC 32132), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction over the neglect petition?"

McLACHLAN and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18752.

*Stacey Violante Cote* and *Sarah Healy Eagan,* in support of the petition.

*Benjamin Zivyon,* assistant attorney general, and *John E. Tucker,* assistant attorney general, in opposition.

Decided February 23, 2011

## HARTLEY HINES *v.* COMMISSIONER OF CORRECTION

The petitioner Hartley Hines' petition for certification for appeal from the Appellate Court, 126 Conn. App. 901 (AC 31826), is denied.

*Mark Diamond,* special public defender, in support of the petition.

*Kathryn Ward Bare,* assistant state's attorney, in opposition.

Decided February 23, 2011